

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00265-CR

Peggy Sue **SOTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1827
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: June 29, 2022

DISMISSED; MANDATE TO ISSUE IMMEDIATELY

Appellant filed a motion to dismiss this appeal and issue the mandate immediately. The motion is signed by Appellant and her attorney. *See* TEX. R. APP. P. 42.2(a). Appellant's motion is granted; this appeal is dismissed. *See id.*; *Hypolite v. State*, 647 S.W.2d 294, 295 (Tex. Crim. App. 1983). Further, we direct the clerk of this court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

Do not publish